IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02651-LTB-MEH

STATE FARM FIRE AND CASUALTY COMPANY, and
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,

    Plaintiffs,

v.

OSRAM SYLVANIA, INC., a Delaware corporation, and
OSRAM SYLVANIA PRODUCTS, INC., a Delaware corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 8, 2011.**

Defendants' Unopposed Motion for Entry of Protective Order [filed February 4, 2011; docket #22] is **granted**. The proposed Stipulated Protective Order is accepted and entered contemporaneously with this minute order.