**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-02651-LTB-MEH

STATE FARM FIRE AND CASUALTY COMPANY and
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,

      Plaintiffs,

v.

OSRAM SYLVANIA, INC., a Delaware corporation, and
OSRAM SYLVANIA PRODUCTS, INC., a Delaware corporation,

      Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 28 - filed July 19, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                 s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   July 20, 2011